Joseph A. Saccomano, Jr.
*Admitted Pro Hac Vice*
joseph.saccomano@jacksonlewis.com
**JACKSON LEWIS P.C.**
44 South Broadway, 14th Floor
White Plains, New York 10601
Tel: (914) 872-8060
Fax: (914) 946-1216

Phillip C. Thompson, Bar No. 12114
phillip.thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Prada USA Corp.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| HELEN BREWER, individually<br><br>Plaintiff,<br><br>v.<br><br>PRADA USA CORP., a Foreign Corporation,<br><br>Defendants. | Case No.: 2:16-cv-001192-MMD-CWH<br><br>**DEFENDANT'S REQUEST FOR EXCEPTION TO EARLY NEUTRAL EVALUATION ATTENDANCE REQUIREMENTS** |

Defendant PRADA USA Corp. ("Defendant"), by and through its counsel Jackson Lewis P.C., hereby respectfully requests an exception to the early neutral evaluation ("ENE") attendance requirements.

Defendant is insured with Ironshore, Inc. However, Defendant's insurance policy contains a substantial self-insured retention (near the Title VII damages cap for large employers); and, given Plaintiff's single claim of discrimination in this case, any resolution at the ENE will be within Defendant's self-insured retention. As such, Defendant respectfully requests that a representative from Defendant's insurance carrier be excused from attending in person the ENE; however, a

representative will be available telephonically as needed.

The parties conferred regarding this request on August 3, 2016. Plaintiff's counsel indicated that she has no objection to the representative of the insurance company appearing telephonically as needed. Moreover, participation by the insurance carrier via telephone will not adversely affect the ENE, and Defendant will attend the ENE with appropriate settlement authority.

Based on the foregoing, Defendant respectfully requests the insurance carrier be excused from in-person attendance, and to the extent necessary be allowed to attend the ENE telephonically as needed.

Dated this __3__ day of August 2016

JACKSON LEWIS P.C.

_____
Joseph A. Saccomano, Jr.
44 South Broadway, 14th Floor
White Plains, New York 10601

Phillip C. Thompson, Bar No. 12114
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169

*Attorneys for Defendant Prada USA Corp.*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:   8-3-2016

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Jackson Lewis P.C. and that on this 3rd day of August, 2016, I caused to be served a true and correct copy of the above and foregoing **DEFENDANT'S REQUEST FOR EXCEPTION TO EARLY NEUTRAL EVALUATION ATTENDANCE REQUIREMENTS** via ECF Filing, properly addressed to the following:

Ruth L. Cohen, Esq.
PAUL PADDA LAW, PLLC
4240 W. Flamingo Road, Suite 220
Las Vegas, Nevada 89103
(702) 366-1888

*/s/ Kelly Chandler*
Employee of Jackson Lewis, P.C.

4825-9543-1221, v. 1

JACKSON LEWIS P.C.
LAS VEGAS